(92 South. 921)

McNEAL v. STATE. (4 Div. 964.) (Supreme Court of Alabama. Jan. 12, 1922.) Certiorari to Court of Appeals. Farmer, Merrill & Farmer, of Dothan, for appellant. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. Petition of H. H. McNeal for certiorari to Court of Appeals to review

and revise the judgment of said court rendered on the appeal in H. H. McNeal v. State, 18 Ala. App. 311, 92 South. 95. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.